FILED

SEP 19 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY___*CK*___
DEPUTY

Attachment 2 - EEOC Complaint Form

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
_____ **DIVISION**

Yvette Lopez
_____
_____

(Name of plaintiff or plaintiffs)

Civil Action Number: **1:23CV01136** DII

v.

The University of Texas
at Austin School of Nursing
Ana Loera and Stephaine Morgan and Charla
Carrington

(Name of defendant or defendants)

(Supplied by Clerk's Office)

**COMPLAINT**

1.    This action is brought by Yvette Lopez , Plaintiff,
pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[X] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment
Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment),
religion or national origin.

[  ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (ADEA).

[X] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (ADA).

[  ] The Equal Pay Act (29 USC § 206(d)) (EPA).

[  ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees
only).

2.    Defendant The University of teas at Austin, School of Nursing (Defendant's name) lives
at, or its business is located at _____
(street address), 1710    Red River st    (city), Austin
(state), TX, 78712(zip).

28

3a. Plaintiff sought employment from the defendant or was employed by the defendant at _1710 Red River Street_ (street address), (city), _Austin_ (state), _TX, 78702_ (zip).

3b. At all relevant times of claim of discrimination, Defendant employed _____ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ____ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _12/12/2021 – 12/12/2022_ to

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ (month) _____(day) _____(year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on . (month) _11 / 2 6_ (day) _2022_ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**      **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[X] Yes
[ ] No

**VERY IMPORTANT NOTE:**      **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ ] Race (If applicable, state race) _____

[ ] Color (If applicable, state color) _____

[  ]  Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[  ]  Religion (If applicable, state religion) _____

[  ]  National Origin (If applicable, state national origin) _____

[  ]  Age (If applicable, state date of birth) _____

[X]  Disability (If applicable, state disability) Depression, PTSD, OCD

[X]  Prior complaint of discrimination or opposition to acts of discrimination.
     (Retaliation) (If applicable, explain events of retaliation) 7/26/2022

     The defendant:  **(please select all that apply)**

[  ]  failed to employ plaintiff.

[  ]  terminated plaintiff's employment.

[  ]  failed to promote plaintiff.

[X]  harassed plaintiff.

[  ]  other (specify) _____

8a.  State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**    INCLUDE **SPECIFIC DATES**, **SPECIFIC EVENTS**, AND ANY **SPECIFIC COMMENTS** MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

_____

8b.  List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

See attach _____

8c.  List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

30

9.   The above acts or omissions set forth in paragraphs 7 and 8 are:

[  ]   still being committed by defendant.
[X]   no longer being committed by defendant.

10.   Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[  ] Defendant be directed to employ plaintiff.

[  ] Defendant be directed to re-employ plaintiff.

[  ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to _____
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

9/4/2023
Date

*Ynette Lopez*
Signature of Plaintiff

14011 FM 969, Apt #3110
Address of Plaintiff

Austin          TX          78724
City            State          Zip Code

Telephone Number(s)   954-615-2325

31



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229
(210) 640-7530
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/05/2023

**To:** Yvette Lopez
14011 FM 969 #3110
Austin, TX 78724

Charge No: 451-2023-00608

EEOC Representative and email:    Steven Cooney
Investigator
steven.cooney@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 451-2023-00608.

On behalf of the Commission,

for

Norma J. Guzman
Field Director

RECEIVED

SEP 1 9 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**Attachment 1 - Civil Complaint**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
_____ **DIVISION**

Yvette Lopez
_____

(Enter your full name)
         Plaintiff(s)

CASE NUMBER: **1:23 CV01136 DII**
_____
(Supplied by Clerk's Office)

The University of Texas at Austin
_____

(Enter full name of each Defendant)
         Defendant(s)

### COMPLAINT

First Paragraph (Name and Address of Plaintiff)   Yvette Lopez

Second Paragraph (Name and Address(es) of Defendant(s))
14011 FM-969 Apartment 3110, Austin, TX, 78724
Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)     Discrimination

Fifth Paragraph (Allegation 2) ... The University of Texas School of Nursing treated me unfairly due to my health history that they received from a third party.

The final paragraph should contain a statement of the relief you are seeking.    This paragraph should not be numbered.

I am requesting relief due to scapegoating, scrutinizing, emotional harm and for negatively impacting my work reputation.

_____
Signature
Name (Typed or Printed)
Address   14011 FM-969, apt 3110, Austin, TX, 78724
Telephone Number   956-615-23-25

27

**Rev. Ed. October 26, 2017**